UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

USA

    - against -

ENRIQUE JIMENEZ VILLACORTE,

    Defendant.

-------------------------------------------------------X

16 Cr. 00072-01 (NSR)

ORDER ACCEPTING
PLEA ALLOCUTION

ROMÁN, D.J.:

The Court has reviewed the transcript of the plea allocution in the above-entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Lisa Margaret Smith, United States Magistrate Judge, filed March 19, 2016, is approved and accepted.

SO ORDERED.

Nelson S. Román
United States District Judge

Dated: White Plains, NY
       April 15, 2016

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/15/2016